## 23053. SPENCER v. WRIGHT.

MACINTYRE, J. 1. Ordinary hearsay testimony is wholly without probative value; and when introduced in evidence without objection, such testimony alone can not establish a fact. *Eastlick* v. *So. Ry. Co.,* 116 *Ga.* 48.

2. Where certain hearsay testimony was introduced in evidence without objection, and the remaining evidence merely showed that at the time the piano claimed was levied on it was in the house or home *occupied by the defendant in fi. fa. and the claimant,* and the house was owned by the latter, the trial judge did not commit reversible error in directing a verdict for the claimant. *Dean* v. *American Harrow Co.,* 112 *Ga.* 155; *So. Mining Co.* v. *Brown,* 107 *Ga.* 264, 266; *Knowles* v. *Jordan,* 61 *Ga.* 300; *Willis* v. *Parker,* 108 *Ga.* 778.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED DECEMBER 18, 1933.

*M. B. Eubanks,* for plaintiff in error.